No. 63664.—T. D. Downing Co. v. United States, protest 59/12259 (Boston).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 30, 1959

No. 63665.—King Shipping Company v. United States, protest 59/10710 (New York).

Opinion by Johnson, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63666.—The Gren Trading Corp. v. United States, protest 59/11134 (New York).

Opinion by Johnson, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63667.—Wm. A. Hausman Co. v. United States, protest 253617–K (Seattle).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.